NO. 07-11-0073-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

APRIL 29, 2011

_____


FORD MOTOR COMPANY, APPELLANT

V.

SCOTT HARTWELL, APPELLEE


_____

FROM THE 193RD DISTRICT COURT OF DALLAS COUNTY;

NO. 09-14735-L; HONORABLE CARL GINSBERG, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Ford Motor Company's Unopposed Amended Motion to Dismiss Appeal in which it represents it no longer wishes to pursue this appeal against Appellee, Scott Hartwell. Without passing on the merits of the case, the motion is granted and the appeal is dismissed with prejudice. Tex. R. App. P. 42.1(a)(1). No agreement by the parties on costs having been presented in the motion, costs will be taxed against Appellant. Tex. R. App. P. 42.1(d). Having dismissed the appeal at

Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle<br>
Justice